| AO 10<br>Rev. 1/2018 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2017 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Stoll, Kara F. | 2. Court or Organization<br><br>United States Court of Appeals for the Federal Circuit | 3. Date of Report<br><br>5/14/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U. S. Circuit Judge - Active Status | 5a. Report Type (check appropriate type)<br><br>☐ Nomination     Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐    Amended Report | 6. Reporting Period<br><br>01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

Chambers of the Honorable Kara Farnandez Stoll
United States Court of Appeals for the Federal Circuit
717 Madison Place, N.W.
Washington, DC 20439

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stoll, Kara F. | 5/14/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✔] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2017 | Self-employed attorney |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Colorado Bar Association Continuing Legal Education in Colorado, Inc. | January 6-9 | Snowmass Village, Colorado | National CLE Conference | Transportation, Lodging, Food |
| 2. | Federal Circuit Bar Association | February 16-20 | Denver, Colorado | Bench and Bar Meeting | Transportation, Lodging, Food |
| 3. | New York Intellectual Property Law Association | March 31-April 1 | New York, New York | Annual Judges' Dinner | Transportation, Lodging, Food |
| 4. | Austin Intellectual Property Law Association | April 9-13 | Austin, Texas | Judges' Appreciation Dinner | Transportation, Lodging, Food |
| 5. | Federal Circuit Bar Association | June 21-24 | Coeur d'Alene, Idaho | Bench & Bar Conference | Transportation, Lodging, Food |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | **Stoll, Kara F.** | 5/14/2018 |

| | | | | |
|---|---|---|---|---|
| 6. | San Francisco Intellectual Property Law Association | September 21-24 | Sonoma, California | Seminar | Transportation, Lodging, Food |
| 7. | The Eastern District of Texas Bar Association | October 5-6 | Plano, Texas | Bench & Bar Conference | Transportation, Lodging, Food |
| 8. | New York Universtity | November 30-December 1 | New York, New York | IP Institute | Transportation, Lodging, Food |

| Name of Person Reporting | Date of Report |
|---|---|
| Stoll, Kara F. | 5/14/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Wells Fargo | Mortgage of Rental Property #1 (Part VII, Line 32) | O |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stoll, Kara F. | 5/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.   PNC Bank - Accounts | A | Interest | M | T | | | | | |
| 2.   Wells Fargo - Accounts | A | Interest | J | T | | | | | |
| 3.   American Funds College 2027 Fund - 529 | A | Int./Div. | M | T | | | | | |
| 4.   American Funds College 2024 Fund - 529 | A | Int./Div. | M | T | | | | | |
| 5.   American Funds College 2021 Fund - 529 | A | Int./Div. | M | T | | | | | |
| 6.   College Counts Age-Based Moderate 9-12 Years C | A | Int./Div. | J | T | | | | | |
| 7.   IRA #1 | B | Dividend | K | T | | | | | |
| 8.   - Vanguard 500 Index Fund Admiral Shares | | | | | | | | | |
| 9.   401(k) Account #1 | A | Dividend | P1 | T | | | | | |
| 10.  -Vanguard Target Retirement 2035 | | | | | | | | | |
| 11.  iShares Russell 2000 Growth ETF | A | Dividend | J | T | | | | | |
| 12.  PowerShares FTSE RAFI US 1000 Portfolio Fund | A | Dividend | K | T | | | | | |
| 13.  SPDR DJ Wilshire REIT ETF | A | Dividend | J | T | | | | | |
| 14.  Vanguard Mid-Cap Value Index Fund | A | Dividend | J | T | | | | | |
| 15.  Vanguard Growth Index Fund | A | Dividend | K | T | | | | | |
| 16.  American Century Small Cap Value Inv | A | Dividend | J | T | | | | | |
| 17.  Mainstay Epoch Global Equity Yield Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stoll, Kara F. | 5/14/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Oppenheimer Developing Markets Fund | A | Int./Div. | J | T | | | | | |
| 19. Oppenheimer International Growth Fund | A | Dividend | J | T | | | | | |
| 20. T Rowe Price Mid-Cap Growth Fund | A | Dividend | J | T | | | | | |
| 21. Fidelity Advisor Floating Rate High Income Fund | A | Dividend | J | T | | | | | |
| 22. Western Asset Total Return Unconstrained A | A | Dividend | J | T | | | | | |
| 23. T Rowe Price VA - Tax Free Bond | A | Dividend | K | T | | | | | |
| 24. Templeton Global Bond Fund | A | Dividend | J | T | | | | | |
| 25. 401(k) Account #2 | | | | | | | | | |
| 26. - Boeing Lifecycle 2030 Fund | A | Dividend | J | T | | | | | |
| 27. - SSgA S&P 500 Index Fund | A | Dividend | J | T | | | | | |
| 28. - PIMCO Global Bond Fund | A | Dividend | J | T | | | | | |
| 29. - Boeing VIP Stable Value Fund | A | Dividend | J | T | | | | | |
| 30. - Boeing International Companies Fund | A | Dividend | J | T | | | | | |
| 31. - Boeing US Small/Mid Companies Fund | A | Dividend | J | T | | | | | |
| 32. Rental Property #1 (Sussex County, DE) | E | Rent | P1 | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stoll, Kara F. | 5/14/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Kara F. Stoll**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544